IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAWN MORAN,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : CASE NO. 2:21-cv-00141-DSC |
| | : |
| **MOUNTAIN VIEW DENTAL LLC, and** | : |
| **DR. CARL HUTCHERSON, both jointly** | : |
| **and severally,** | : |
| | : |
| **Defendants.** | : |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Dawn Moran ("Plaintiff") and Defendants Mountain View Dental LLC and Dr. Carl Hutcherson ("Defendants") have tentatively reached an agreement to settle all matters herein subject to the parties' execution of a draft settlement agreement. Plaintiff and Defendants anticipate filing a Joint Stipulation of Dismissal shortly, once the settlement agreement is executed.

Dated: January 3, 2022

*/s/ Joshua P. Ward*
Joshua P. Ward, Esquire
J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue, Suite 201
Pittsburgh, PA 15206
jward@jpward.com

*Attorney for Plaintiff*